IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMCORE CORP.,

    Plaintiff,

v.                                                    No. 12-cv-0985 SMV/RHS

TECHNOCOM SYSTEMS SDN BHD,

    Defendant.

## ORDER SETTING TELEPHONIC HEARING

**Date and time**:      May 20, 2013, at 9:00 a.m. MDT

**Matter to be heard**:  Defendant's Motion to Strike [Doc. 26]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing is set for **May 20, 2013, at 9:00 a.m. MDT**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**
                                                    **Presiding by Consent**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.