## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**EMCORE CORP.,**

      **Plaintiff,**

**v.**                                                      **No. 12-cv-0985 SMV/RHS**

**TECHNOCOM SYSTEMS SDN BHD,**

      **Defendant.**

### ORDER TO FILE CLOSING DOCUMENTS

Plaintiff's counsel has informed the Court that a settlement has been reached in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **November 14, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**